## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

Benjamin Bryan and Simon Ortega,

        Plaintiffs,

    v.

Patrick M. Mariakis, in his individual capacity,

        Defendant.

Case No. 3:25-cv-43-jdp

---

**Plaintiffs' Response to Defendant Patrick Mariakis' Proposed Finding of Facts**

---

### <u>Introduction</u>

Plaintiffs, through counsel, submit these Responses to Defendant Patrick Mariakis's Proposed Findings of Fact ("DPFOF"), formatted consistent with this Court's summary judgment procedures. In addition, Plaintiff submits Plaintiff's Additional Proposed Findings of Fact ("PFOF") under separate cover that supplements and accurately states the facts, including all reasonable inferences, in the light most favorable to Plaintiff, as required in motions for summary judgment. *Dunn v. Menard, Inc.*, 880 F.3d 899, 905 (7th Cir. 2018) (citation omitted).

## RESPONSES

1.      On June 30, 2022, Defendant, Patrick Mariakis, was an officer for the St. Croix Falls Police Department. (Mariakis Decl. ¶ 3).

Response: Undisputed.

2.      On June 30, 2022, Mariakis was wearing a body camera. (Mariakis Decl. ¶ 26; Exhibit M).

Response: Undisputed.

3.      Officer Mariakis was 5'9" and weighed 200 pounds on June 30, 2022. (Mariakis Decl. ¶ 7).

Response: Undisputed.

4.      Benjamin Bryan is 6'2" and weighed between 190–195 pounds on June 30, 2022. (Braziel Decl. ¶ 4; Bryan Depo., p. 4, ll. 18-p. 5, l.5).

Response: Undisputed.

5.      At around 12:30 a.m., Mariakis was traveling west on Highway 8 near Glacier Drive within the city limits of St. Croix Falls. (Mariakis Decl. ¶ 26; Ex. M; Braziel Decl. ¶ 3; Mariakis Depo. p. 38, l.1).

Response: Undisputed.

6.      At that time, Mariakis observed a white pickup truck traveling east on Highway 8 at a high rate of speed. (Braziel Decl. ¶ 3; Mariakis Depo., p. 38, l.8).

Response: Disputed, in part.  Plaintiffs admit that Mariakis saw his white pickup truck traveling East on Highway 8.  Plaintiffs deny Bryan was speeding or that Bryan

could be described as driving at a "high rate of speed," which Plaintiffs understand to imply that Bryan was speeding.  (Braziel Dec. Ex. B, Bryan Dep. 27:3-4, 18-25.) Plaintiffs further deny this statement to the extent it is intended to create an inference that Mariakis had reasonable suspicion that Plaintiff was speeding; Mariakis admitted that the only basis for the stop was the expired license of the vehicle's owner.  (Braziel Dec. Ex. A, Mariakis Dep. 65:4-6.)

      7.    Mariakis activated his radar. (Braziel Decl. ¶ 3; Mariakis Depo., p. 39 l.7).

        Response: Undisputed, but immaterial.

      8.    Mariakis noticed the truck dive forward due to rapid braking. (Braziel Decl. ¶ 3; Mariakis Depo. 41:24).

Response: Disputed.  Plaintiffs deny that Bryan used his brakes in any unusual fashion.  (Braziel Dec. Ex. B, Bryan Dep. 27:15-17.)  Plaintiffs further deny this statement to the extent it is intended to create an inference that Mariakis had reasonable suspicion that Plaintiff was speeding; Mariakis admitted that the only basis for the stop was the expired license of the vehicle's owner.  (Braziel Dec. Ex. A, Mariakis Dep. 65:4-6.)

      9.    Mariakis was unable to obtain the speed of the vehicle. (Braziel Decl. ¶ 3; Mariakis Depo., p. 39, l.8).

        Response: Undisputed, but immaterial.

      10.    Mariakis turned around at the nearest intersection. (Braziel Decl. ¶ 3; Mariakis Depo. p. 42, l.10).

Response: Disputed. The cited transcript portion does not establish the point; it only establishes that Mariakis turned around at some point. Also immaterial.

11.    Mariakis began attempting to catch up to the white truck. (Braziel Decl. ¶ 3; Mariakis Depo., p. 42, l.10).

Response: Undisputed, to the extent this testimony stands for the proposition that Mariakis at some point followed the truck. Disputed to the extent it is intended to create an inference that Mariakis had reasonable suspicion that Plaintiff was speeding; Mariakis admitted that the only basis for the stop was the expired license of the vehicle's owner. (Braziel Dec. Ex. A, Mariakis Dep. 65:4-6.)

12.    Mariakis caught up with the vehicle near 208th Street. (Braziel Decl. ¶ 3; Mariakis Depo. p. 40, l.25).

Response: Undisputed, but immaterial. Disputed to the extent it is intended to create an inference that Mariakis had reasonable suspicion that Plaintiff was speeding; Mariakis admitted that the only basis for the stop was the expired license of the vehicle's owner. (Braziel Dec. Ex. A, Mariakis Dep. 65:4-6.)

13.    Using his in-car computer, Mariakis ran the license plate on the truck. (Braziel Decl. ¶ 3; Mariakis Depo. p. 43, l.20).

Response: Undisputed.

14.    Mariakis ran the license plate in his computer. (Braziel Decl. ¶ 3; Mariakis Dep. 43:20).

Response: Undisputed.

15.     The computer showed that the vehicle owner's driver's license had expired. (Braziel Decl. ¶ 3; Mariakis Depo. p. 45, ll.16).

Response: Undisputed.

16.     The white truck abruptly turned right into the Speedway Gas Station parking lot. (Braziel Decl. ¶ 3; Mariakis Depo., p. 47, l.20-p.48, l.5).

Response: Undisputed that Bryan turned into the Speedway Gas Station. Disputed that the turn was abrupt or in any fashion that would create reasonable suspicion for any civil traffic or criminal violation. Bryan's testimony contradicts any inference that Bryan's turn into the Speedway was abrupt or abnormal in any fashion. (Braziel Dec. Ex. B, Bryan Dep. 33:19-24.)

17.     Mariakis perceived this as a common tactic people use to avoid being pulled over by law enforcement. (Braziel Decl. ¶ 3; Mariakis Depo. p. 48, ll.6-7).

Response: Plaintiffs object. This is a statement of expert opinion and not fact. Plaintiff further object to the extent this opinion seeks to create any inference that Bryan's turn into the Speedway was abrupt or abnormal in any fashion. (Braziel Dec. Ex. B, Bryan Dep. 33:19-24.)

18.     Mariakis observed Benjamin Bryan walk into the Speedway Gas Station store. (Braziel Decl. ¶ 3; Mariakis Depo., p. 49, ll.10-18).

Response: Undisputed with the qualification it is disputed that Mariakis knew Bryan's identity at this time because Mariakis' questioning of Ortega from 0:50 – 1:17 creates a reasonable inference that Mariakis did not know the identity of the person who

had left the white truck and entered the Speedway. (Mariakis Dec. Ex. M, Mariakis Body Cam)

19.    Mariakis pulled his squad car into the gas station and parked behind the white truck. (Braziel Decl. ¶ 3; Mariakis Depo., p. 49, ll.13-15).

Response: Undisputed.

20.    Mariakis got out of his squad car and approached the white truck. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 0:00).

Response: Undisputed.

21.    Mariakis saw the passenger of the white truck, Simon Ortega, get out of the truck. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 0:00).

Response: Undisputed with the qualification that it is disputed that Mariakis knew Ortega's identity at this time because Mariakis' questioning of Ortega from 0:50 – 1:17 creates a reasonable inference that Mariakis did not know his identity. (Mariakis Dec. Ex. M, Mariakis Body Cam)

**OFFICER MARIAKIS' CONVERSATION WITH SIMON ORTEGA**

22.    Mariakis approached Ortega and asked, "Where's your buddy?" (Mariakis Decl. ¶ 26; Exhibit M; Exhibit M; Mariakis Body Cam: 0:14).

Response: Undisputed with the qualification that it is disputed that Mariakis knew Ortega's identity, as Mariakis did not know Ortega's identity until Ortega produced his ID. (Mariakis Dec. Ex. M, Mariakis Body Cam at 0:54.)

23.    Ortega replied, "In the store." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 0:17).

6

Response: Undisputed.

24.     Mariakis asked Ortega, "Were you in the passenger seat riding with him?" (Mariakis Decl. ¶ 26; Exhibit M;; Exhibit M Mariakis Body Cam: 0:33).

Response: Undisputed.

25.     Ortega responded, "Yeah, I'm just getting a ride." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 0:35).

Response: Undisputed.

26.     Mariakis asked Ortega, "where did he go?" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 0:36).

Response: Undisputed.

27.     Ortega responded, "in the store." (Mariakis Decl. ¶ 26; Exhibit M; Exhibit M; Mariakis Body Cam: 0:38).

Response: Undisputed.

28.     Mariakis asked Ortega, "is that his car?" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 0:42).

Response: Undisputed.

29.     Ortega responded, "yes." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 0:44).

Response: Undisputed.

30.     Ortega stated, "can I ask what we did wrong?" (Mariakis Decl. ¶ 25; Mariakis Body Cam: 0:45).

Response: Undisputed.

31.     Mariakis eventually told Ortega that Bryan's license was expired. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 1:12).

Response: Undisputed with the qualification that Mariakis did not know Bryan's identity until after he used force on Bryan.  (*See* Mariakis Dec. Ex. M, Mariakis Body Cam. 12:16 – 12:27, reflecting Mariakis did not know Bryan's identity.)

32.     Ortega asked for permission to answer a phone call from his wife. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 1:37).

Response: Undisputed.

33.     Ortega said on the phone call, "apparently the cops are fucking with us…or messing with us." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 1:47).

Response: Undisputed.

34.     Ortega stated again, "No Michelle. The Cops are here right now messing with us." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 1:59).

Response: Undisputed.

**OFFICER MARIAKIS' ALTERCATION WITH BENJAMIN BRYAN**

35.     Mariakis then walked toward the convenience store of the gas station to look for Benjamin Bryan. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 2:08).

Response: Undisputed with the qualification regarding Bryan's identity set forth in Paragraph 34.  This qualification holds true for each reference to Bryan below until after force is used on Bryan.

36.     Mariakis saw Bryan at the counter at the gas station. (Mariakis Decl. ¶ 27; Exhibit M; Mariakis Body Cam: 2:18).

Response: Undisputed.

37.     Mariakis opened the door of the gas station convenience store. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 2:18).

Response: Undisputed.

38.     Bryan, talking to Mariakis, said, "how is it going? Come in here if you want to talk." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 2:20).

Response: Undisputed.

39.     Mariakis responded, "no, we're going to go out there". (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 2:21).

Response: Undisputed.

40.     Bryan said, "why? I haven't done anything". (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 2:24).

Response: Undisputed.

41.     Mariakis said, "don't make this difficult". (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 2:25).

Response: Undisputed.

42.     Bryan responded, "I'm not making this difficult. You are making this difficult. I haven't done anything to you, and I haven't violated any rights. Tell me what I did." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 2:26).

Response: Undisputed.

43.     Mariakis stated, "I'm about to tell you out there". (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 2:40).

Response: Undisputed.

44.    Bryan completed his purchase at the counter of the gas station. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:00).

Response: Undisputed.

45.    Bryan then walked out of the door of the gas station convenience store. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:00).

Response: Undisputed.

46.    Mariakis was standing at the door as Bryan walked out. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:00).

Response: Undisputed.

47.    When Bryan got close to Mariakis, Mariakis stated, "we're going to go to your car." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:03).

Response: Undisputed.

48.    Bryan responded, "I don't need to go to my car. I want to smoke." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:04).

Response: Undisputed.

49.    Mariakis said, "no, you're going to go in to cuffs here in a second. Right now, this is a traffic stop." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:06).

Response: Undisputed.

50.    Bryan stated, in between the above quote, "I didn't do anything wrong." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:08).

Response: Undisputed.

51.     Bryan then stated, "this is not a traffic stop because I'm not being stopped." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:12).

Response: Undisputed.

52.     As Bryan stated that "this is not a traffic stop because I'm not being stopped," Bryan walked past Mariakis and towards a trash can. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:10).

Response: Undisputed.

53.     Mariakis said, "Stop." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:13).

Response: Undisputed.

54.     While saying, "stop," Mariakis also reached out with his left hand to get control of Bryan. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:13).

Response: Disputed that Mariakis's goal was to control Bryan, as Plaintiffs maintain that a reasonable inference exists that Mariakis' initiation of physical contact with Bryan was punitive and not for legitimate policing purposes.

55.     Bryan leaned away from Mariakis. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:13).

Response: Undisputed, but Plaintiffs dispute any characterization that this movement constituted active resistance.

56.     Bryan stated, "do not touch me. I'm trying to roll a cigarette." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:15).

Response: Undisputed.

11

57.    Mariakis communicated with dispatch that he's "got one resisting." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:17).

Response: Undisputed.

58.    Bryan repeated, "do not touch me." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:17).

Response: Undisputed.

59.    Bryan said, "I'm not resisting. I haven't done anything." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:18).

Response: Undisputed.

60.    At this point, Mariakis attempted to gain control of Bryan by using his right hand to control the wrist area and left hand to control the forearm area. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:20).

Response: Undisputed.

61.    Bryan pulled his arm away from Mariakis. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:20; Braziel Decl. ¶ 9, p. 5; Plaintiff's Complaint ¶ 36).

Response: Undisputed.

62.    A struggle between Bryan and Mariakis ensues. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:20).

Response: Undisputed, but Plaintiffs dispute any implication that the term "struggle" justifies all force that followed.

63.    Prior to this struggle ensuing, Mariakis did not pat down Bryan or Ortega. (Mariakis Decl. ¶ 32).

Response: Undisputed, but Plaintiffs dispute any implication that the term "struggle" justifies all force that followed.

64.     Once Mariakis felt Bryan's strength, Mariakis knew he wasn't going to be able to take Bryan into custody using Mariakis's own strength. (Mariakis Decl. ¶ 29; Braziel Decl. ¶ 3, Exhibit A, Mariakis, Depo., p. 129, ll.20-22).

Response: Disputed but immaterial. This statement reflects Mariakis's subjective assessment rather than an objective threat, which is the governing standard under *Graham*.

65.     Bryan repeated, "I haven't done anything." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 03:22).

Response: Undisputed.

66.     Mariakis said, "stop. I told you…I told you to walk…"(Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:23).

Response: Undisputed.

67.     Mariakis then stated, "do you see my dog?" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:26).

Response: Undisputed with the qualification the complete sentence is, "Dude, do you see my dog?"

68.     Mariakis then stated, "You are under arrest!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:29).

Response: Undisputed.

69.    At this point, the struggle continued. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:29).

Response: Undisputed, but Plaintiffs dispute any implication that the term "struggle" justifies all force that followed.

70.    The door to the gas station somehow ended up open. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:28).

Response: Undisputed.

71.    Bryan repeats, "I haven't done anything." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:31).

Response: Undisputed.

72.    Bryan repeats again, "I haven't done anything." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:32).

Response: Undisputed.

73.    The struggle continued. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:33).

Response: Undisputed, but Plaintiffs dispute any implication that the term "struggle" justifies all force that followed.

74.    Bryan continued to physically resist Mariakis. (Mariakis Decl. ¶ 25; Mariakis Body Cam: 3:35).

Response: Undisputed that events at this moment could be characterized as physical resistance, but dispute an inference that Bryan was physically resisting Mariakis at all times.

75.    Bryan's shirt eventually came off as he pulled away from Mariakis in the struggle. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:35).

Response: Undisputed that Bryan's shirt came off but qualified that it was Mariakis who pulled Bryan's shirt off.

76.    Bryan and Mariakis continued to struggle. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:35).

Response: Undisputed, but Plaintiffs dispute any implication that the term "struggle" justifies all force that followed.

77.    Bryan walked towards Mariakis to continue engaging Mariakis in this struggle. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:38; Mariakis Decl. ¶ 25, Exhibit N, Surveillance Video Footage at 7:30; Mariakis Decl. ¶ 28).

Response: Disputed.  Video evidence does not establish this point for purposes of summary judgment.  Bryan testified that his intent in walking was to get safe in the store. (Braziel Dep. Ex. B, Bryan Dep. 56:10.)  Ortega also testified that he never observed Bryan engage in combative behavior.  (Braziel Dep. Ex. C, Ortega Dep. 38:22-24.)

78.    Bryan stated, "do not tase me." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:39).

Response: Undisputed.

79.    Mariakis warned Bryan about his dog stating, "I'm not going to tase you. My dog is going to bite you". (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:41).

Response: Undisputed that this statement was made, but disputed to the extent that this statement is characterized as a clear warning with an opportunity to comply.

80.    Bryan stated, "I didn't do anything." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:43).

Response: Undisputed.

81.    The struggle continued on to the wall of the gas station. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:43).

Response: Undisputed, but Plaintiffs dispute any implication that the term "struggle" justifies all force that followed.

82.    Mariakis called his dog, Ikar, out to subdue Bryan. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:45).

Response: Undisputed with the qualification that the word subdue is understood to be synonymous with the word "bite."

83.    Ikar ran out of the car and straight to Bryan. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:45).

Response: Undisputed, with the qualification that Mariakis also directed Ikar to "get him!"

84.    Ikar bit Bryan on his right forearm. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:45).

85.    Response: Undisputed.

86.    Bryan and Mariakis were still engaged in the struggle by the time Ikar reached Bryan. (Mariakis Decl. ¶ 26; Exhibit M;; Mariakis Body Cam: 3:45).

Response: Undisputed, but Plaintiffs dispute any implication that the term "struggle" justifies all force that followed.

87.    After Ikar bit Bryan on the arm, Mariakis told Bryan, "Get on the ground, you're under arrest." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:48).

Response: Undisputed.

88.    Mariakis used his hands to move Bryan to the ground. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:48).

89.    Response: Undisputed.

90.    Bryan, laying on his side stated, "ow, it's got me." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:52).

Response: Undisputed.

91.    Mariakis continued to say, "get on the ground." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:55).

Response: Undisputed.

92.    Mariakis was also using his hands to direct the positioning of Bryan's body. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:56).

Response: Undisputed.

93.    Bryan said, "tell it to stop." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 3:57).

Response: Undisputed with the qualification that Bryan's full sentence was "I'm on the ground. Tell it to stop."

94.    Bryan said, "Ow! Ow!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:00).

Response: Undisputed.

95.    Mariakis ordered Bryan, "turn around! Turn around!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:00).

Response: Undisputed.

96.    Ikar had a bite on Bryan's buttocks. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:00).

Response: Undisputed.

97.    Mariakis said, "turn around." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:00).

Response: Undisputed.

98.    Bryan said, "I'm bleeding." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:00).

Response: Undisputed.

99.    Mariakis said, "okay, turn around." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:02).

Response: Undisputed.

100.    Mariakis repeated, "turn around." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:04).

Response: Undisputed.

101.    Mariakis repeated, "turn around." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:04).

Response: Undisputed.

102.    Mariakis then said, "get on the ground." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:08).

Response: Undisputed.

103.    Mariakis repeated, "get on the ground." (Mariakis Decl. ¶ 26; Exhibit M;; Mariakis Body Cam: 4:09).

Response: Undisputed.

104.    Bryan stated, "I'm on the ground." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:11).

Response: Undisputed.

105.    Mariakis believed Ikar was biting Bryan on the shorts at this point. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:11; Braziel Decl. ¶ 3, Mariakis Depo., p. 146, l. 14).

Response: Mariakis' subjective belief is immaterial.  The evidence on summary judgment reflects that Ikar was biting Bryan's flesh.  (Braziel Dep. Ex. C, Ortega Dep. 41:18 – 42:4; Braziel Dec. Ex. B, Bryan Dep. 64:1-13; 67:15 – 68:8 (narrating times in which he is being bitten).)

106.    Mariakis ordered Bryan to "put your hands behind your back." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:17).

Response: Undisputed.

19

107.    Instead of putting his hands behind his back, Bryan sat up into a position on his knees. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:22).

Response: Disputed that the video reflects a voluntary act of resistance rather than in involuntary reaction to being bitten.

108.    Bryan stated, "calm your dog down." (Mariakis Decl. ¶ 26; Exhibit M;; Mariakis Body Cam: 4:23).

Response: Disputed, Bryan asked "Can you calm your dog down?"

109.    Mariakis said, "okay. Get on the ground." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:25).

Response: Undisputed.

110.    Mariakis continued to use his hands, forearms, and body to direct Bryan to the ground. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:28).

Response: Undisputed.

111.    Mariakis said, "get on the ground and I'll get him off." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:25).

Response: Undisputed.

112.    Mariakis repeated, "get on the ground." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:29).

Response: Undisputed.

113.    Mariakis told Ortega, "get away from me" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:30; Braziel Decl. ¶3, Exhibit A, Mariakis, Depo., p. 147, l. 25).

Response: Undisputed.

114.    Ortega was walking up behind Mariakis while this part of the physical altercation occurred. (Braziel Decl. ¶3, Exhibit A, Mariakis, Depo., p. 148, l.1).

115.    Response: Disputed, as Ortega was intentional about maintaining a distance from Mariakis to ensure Mariakis did not perceive Ortega as a threat.  Braziel Dec. Ex. C, Ortega Dep. 46:12-14; 48:19-22.)

116.    Mariakis, at the very least, believed Ortega was coming up behind him. (Braziel Decl. ¶3, Exhibit A, Mariakis, Depo., p. 148, l.1)

117.    Response: Mariakis' subjective beliefs are immaterial.  Disputed, as Ortega was intentional about maintaining a distance from Mariakis to ensure Mariakis did not perceive Ortega as a threat.  Braziel Dec. Ex. C, Ortega Dep. 46:12-14; 48:19-22.)

118.    Mariakis said, "I told you. Get on the ground." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:37).

Response: Undisputed.

119.    Mariakis said, "Stop. Get on the ground." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:49).

Response: Undisputed.

116.    Bryan refused to get on the ground. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:49).

Response: Disputed. The video reflects Bryan repeatedly stating he was on the ground or attempting to comply while being bitten, rather than a refusal.  Bryan was on the ground at this time.

117.    Bryan continued to physically resist Mariakis's physical direction towards the ground. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:49).

Response: Disputed. The movements shown on video are consistent with pain responses and attempts to reposition while being bitten, not active resistance.

118.    At no point during this physical altercation did Bryan explicitly or implicitly communicate to Mariakis that his instructions were contradictory or confusing. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:49).

Response: Disputed. The video evidence reflects that Bryan repeatedly stated he was on the ground and asked for the dog to be stopped, which reasonably communicated confusion and inability to comply.

119.    Bryan, while on all fours, states, "call your men…." (Mariakis Decl. ¶ 25; Mariakis Body Cam: 4:49).

Response: Undisputed.

120.    Mariakis stated, "he's coming!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:51).

Response: Undisputed.

121.    Mariakis said, "Get on the ground! Well, my dog's going to bite you." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:53).

Response: Undisputed.

122.    Mariakis screamed, "Stop! Stop! Stop!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 4:59).

Response: Undisputed that these words were said, but disputed that they were screamed.

123.    Bryan stated something to the effect of, "your dog is beating my ass". (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:04).

Response: Undisputed.

124.    Mariakis says, again, "Stop!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:05).

Response: Undisputed.

125.    Bryan screamed, "Ow! Ow!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:06).

Response: Undisputed.

126.    Mariakis says, "get on the ground". (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:09).

Response: Undisputed.

127.    Bryan laying on his back said, "I'm on the ground." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:10).

Response: Undisputed.

128.    At this point, Bryan is laying flat on his back. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:10).

Response: Undisputed.

129.    Mariakis says to Bryan, "on your stomach. Now!" and Bryan rolls to his stomach. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:12).

Response: Undisputed.

130.    Ikar continues to have a bite on either Bryan's buttocks or his shorts. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:13).

Response: Undisputed.

131.    Mariakis perceived Ikar to be biting Bryan on his shorts at this point. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:18; Braziel Decl. 3; Exhibit A; Mariakis Depo., p. 146, l. 14).

Response: Undisputed that Mariakis held this perception; disputed to the extent Defendants contend this justified continued canine force.

132.    Bryan said, "get him off. Get him off" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:13).

Response: Undisputed.

133.    Mariakis said, "get on your stomach." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:18).

Response: Undisputed.

134.    Mariakis said, "stay down…" and Bryan almost instantly uses his left hand to push himself up. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:23-5:32).

Response: Disputed. The movement shown is consistent with involuntary reaction and pain response during an active canine bite, not defiance.

135.    Mariakis said, "put your hands behind your back." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:26).

Response: Undisputed.

136.    Bryan said, "I didn't do anything wrong. Just cuff me. I didn't do anything wrong." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:38-5:41).

Response: Undisputed.

137.    Immediately after being asked to put his hands behind his back, Bryan threw cigarette paraphernalia towards Simon Ortega. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:42).

Response: Undisputed that the items were thrown; disputed to the extent Defendants characterize this act as resistance rather than a non-threatening movement.

138.    Bryan asked Ortega, "can you roll me a cigarette?" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:43).

Response: Undisputed.

139.    Mariakis said, "stop." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:44).

Response: Undisputed.

140.    Ikar continues to bite Bryan on the shorts. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:44).

Response: Disputed, Bryan's flesh was being bitten.  (Mariakis Dec. Ex. M, Mariakis Body Cam. 5:19 et seq.; *see also* Braziel Dec. Ex. A, Bryan Dep. 70:1 – 71:1; 72:5-18; 73:12 (narrating biting that occurred from 5:19 – 6:04 on the Mariakis Body Cam).)

141.    At this point, Bryan is not yelling, crying, or outwardly expressing any pain. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:44).

Response: Disputed. The body camera video captures repeated vocalizations of pain and requests for the dog to be stopped shortly before and after this moment.  Bryan also repeated states that he didn't do anything.

142.    Mariakis pulls Ikar off of Bryan. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:00).

Response: Undisputed.

143.    Mariakis stated, "stop resisting." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:05).

Response: Undisputed that the statement was made; disputed as to its factual accuracy.

144.    Bryan replied, "I'm not resisting" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:06).

Response: Undisputed.

145.    Mariakis replied, "you will stay down." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:07).

Response: Undisputed.

146.    Bryan replied, "I'm down." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:08).

Response: Undisputed.

147.    Mariakis said, "do you understand?" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:09).

Response: Undisputed.

148.    Bryan said, "I understand. Just have your dog stop attacking me." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:10).

Response: Undisputed.

149.    Bryan turned from a position on his stomach to a position sitting on his butt. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:16).

Response: Assuming the intention is 6:16, undisputed, but disputed to the extent Defendants characterize this movement as noncompliance rather than a pain-driven repositioning while the canine engagement persisted.

150.    Mariakis never told Bryan he could turn into position seated on his butt. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:00-5:16).

Response: Undisputed.

151.    Mariakis stated to Bryan, "get down!" (Mariakis Decl. ¶ 25; Mariakis Body Cam: 6:14).

Response: Undisputed.

152.    Bryan stated, "He bit me" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:17).

Response: Undisputed.

153.    Mariakis, replied, "I know. Get on your stomach!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:16).

Response: Undisputed.

154.    Bryan stated, "he's ripping my pants a part"—referring to Ikar. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:19)

Response: Undisputed.

155.    Mariakis stated, "stay on the ground." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:25).

Response: Undisputed.

156.    Mariakis had not put the cuffs on Bryan at that point because he was waiting for a backup officer. (Braziel Decl. ¶ 3, Exhibit A, Mariakis, Depo., p. 152, ll.20-23).

Response: Undisputed that this was Mariakis's stated reason; disputed to the extent Defendants contend this justified prolonged force or delayed canine disengagement after Bryan was controlled.

157.    Mariakis was trained that in most scenarios he is to get the dog off of the suspect, hold the dog, and wait for back up. (Braziel Decl. ¶ 3; Exhibit A; Mariakis Depo., p. 106, ll.20-25).

Response: Undisputed.

158.    Mariakis was trained that usually the handler of the K-9 would handle the dog while other officers move in. (Braziel Decl. ¶ 3; Exhibit A; Mariakis Depo., p. 106, ll.14-17).

Response: Undisputed.

159.    Mariakis was trained that the handler of the K-9 usually directs the other officers on who and how to handcuff the suspect. (Braziel Decl. ¶ 3; Exhibit A; Mariakis Depo., p. 106, ll.16-17).

Response: Undisputed.

160.    Bryan stated, "Seriously, I didn't do anything wrong." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:29).

Response: Undisputed.

161.    Mariakis said, "get on the ground and pointed to the ground." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:32).

Response: Undisputed.

162.    Mariakis replied, "Yes. I told you this was a traffic stop." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:40).

Response: Undisputed.

163.    Bryan, replied, "so tell me what I did." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:42).

Response: Undisputed.

164.    Bryan was sitting on his side. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:42).

Response: Undisputed.

165.    Mariakis never told Bryan he could turn on his side. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 5:00-6:42).

Response: Undisputed.

166.    Mariakis said, "get on your stomach and I will." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:42).

Response: Undisputed.

167.    Bryan said, "what did I do, was I speeding?...tell me what I did" (Mariakis Decl. ¶ 26; Exhibit M;; Mariakis Body Cam: 6:47).

Response: Undisputed.

168.    Mariakis replied, "I'm about to. I don't need to tell you right now." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:53).

Response: Undisputed.

169.    Bryan said, "alright well tell me dude." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 6:56).

Response: Undisputed.

170.    Mariakis replied, "hey. Keep your hands behind your back." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 7:00).

Response: Undisputed.

171.    Bryan put his hands behind his back. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 7:00).

Response: Undisputed.

172.    Bryan began yelling to Mariakis, "I got fucking kids…He's got god damn kids...You are pissing me off." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 7:14).

Response: Undisputed.

173.    Bryan further stated, "I didn't do shit wrong." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 7:25).

Response: Undisputed.

174.    Bryan said, "what's your name? What's your name? What's your fuckin name? Tell us your name." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 7:28).

Response: Undisputed.

175.    Mariakis reached back out to dispatch looking for back up. (Mariakis Decl. ¶ 25; Mariakis Body Cam: 7:40).

Response: Undisputed.

176.    Mariakis tells dispatch, "I got one down and I got another one here". (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 7:52).

Response: Undisputed.

177.    Bryan says, "I really don't want to get fuckin bit". (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 7:54).

Response: Undisputed.

178.    Mariakis stated, "I know you don't want to get bit. So, stay right there." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 7:55).

Response: Undisputed.

179.    Mariakis said, "get down!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:00).

Response: Undisputed.

180.    Mariakis stated, "I told you this was a traffic stop. I just told you your license is expired!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:03).

Response: Undisputed.

181.    Bryan asked, "its' expired?" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:09).

Response: Undisputed.

182.    Mariakis stated, "yes! Enough!" (Mariakis Decl. ¶ 26; Exhibit M;; Mariakis Body Cam: 8:10).

Response: Undisputed.

183.    Bryan stated, "that's bullshit." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:11).

Response: Undisputed.

184.    At the time of this police contact, Bryan's license was expired. (Braziel Decl. ¶ 4; Exhibit B; Bryan Depo., p. 29, l.7; Plaintiff's Complaint, ¶ 22).

Response: Undisputed.

185.    Mariakis said, "stay on your stomach!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:14).

Response: Undisputed.

186.    Mariakis then pointed at Ortega and told him, "you get down on the ground." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:18).

Response: Undisputed.

187.    Mariakis walked over to Ortega showing Ikar and yelled, "get down on the ground now!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:19).

Response: Undisputed.

188.    Bryan immediately stood up—contrary to every direction that Mariakis had given him up to that point. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:19).

Response: Disputed as to the term "immediately." The video evidence preceding this conduct shows that Bryan had laid on the ground in compliance waiting to be handcuffed but Mariakis did not do so.

189.    Bryan stepped on to the gas station sidewalk. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:23).

Response: Undisputed.

190.    Mariakis pointed to the ground and told Bryan, "Get down on the ground! Get on the Ground!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:23).

Response: Undisputed.

191.    Bryan stated, "you're lying! You're lying!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:24).

Response: Undisputed.

192.    Bryan believed Mariakis was either an imposter as an officer or just crazy high on drugs. (Braziel Decl. ¶ 4; Exhibit B; Bryan Depo., p. 76, l.1).

Response: Undisputed.

193.    Bryan then picked up his cigarette paraphernalia. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:24).

Response: Undisputed.

194.    Mariakis repeated, "get on the ground! Get on the Ground!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:25).

Response: Undisputed.

195.    Bryan replied, "no. No." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:27).

Response: Undisputed.

196.    Bryan backed up towards the gas station convenience store door. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:28).

Response: Undisputed.

197.    Bryan had his left hand out in a defensive position. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:27).

Response: Undisputed to the extent "defensive position" reflects fear and desire not to be bitten.

198.    Bryan opened the gas station convenience store door and went inside. (Mariakis Decl. ¶ 26; Exhibit M;; Mariakis Body Cam: 8:29).

Response: Undisputed.

199.    Mariakis, released Ikar. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:29).

Response: Undisputed.

200.    Mariakis stated, "get him buddy. Get him." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:29).

Response: Undisputed.

201.    Ikar followed Bryan into the gas station convenience store before the door could close. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:30).

Response: Disputed as to the term followed; "chased" is a more appropriate term. Also disputed that door fully closed on its own as opposed to Mariakis closing it shut with his hands.

202.    Ikar commenced to biting Bryan in order to subdue him. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:30).

Response: Undisputed that the bite occurred but disputed that the sole extent was to subdue Bryan rather than also punish him in light of Mariakis sealing Bryan in the store with Ikar.  (Mariakis Dec. Ex. M, Mariakis Body Cam. 8:29 – 8:32.)

203.    Mariakis opened the door to the gas station and said, "get down!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:36).

Response: Undisputed.

204.    Ikar had a bite on Bryan's right forearm. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:36).

Response: Undisputed with qualification the bite transferred from the forearm to the elbow.

205.    Mariakis grabbed a hold of Bryan's ponytail and pulled him to the ground. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:35).

Response: Undisputed.

206.    Mariakis yelled, "get down!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:35).

Response: Undisputed.

207.    Mariakis said, "I told you not to run!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:41).

Response: Undisputed that the statement was made; disputed as to its factual accuracy Bryan did not run.

208.    Bryan replied, "I'm not running." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:42).

Response: Undisputed.

209.    Bryan's right leg straddled Ikar's body at this point in time. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:45).

Response: Undisputed but disputed to the extent it infers Bryan intentionally straddled Ikar, which is not established by the video.

210.    Mariakis yells, "let go of him," in reference to Ikar. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:44).

Response: Undisputed.

211.    Ikar continued to have a bite on Bryan's forearm. By this time, it had become a superficial bite. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:44).

Response: Undisputed that a bite continued but qualified that the bite was occurring at the elbow; disputed to the extent Defendants minimize the severity or pain associated with the bite, as that is not established by the video evidence.

212.    Mariakis stated, "turn on your stomach!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:46).

Response: Undisputed.

213.    Bryan did not turn on his stomach. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:46).

Response: Disputed. The video reflects Bryan attempting to reposition while actively being bitten, not a refusal to comply, and "could not" is a more appropriate description.

214.    Ikar continued to have a bite on Bryan's right arm. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:49).

Response: Undisputed.

215.    Bryan screamed, "Ow!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:49).

Response: Undisputed.

216.    Bryan said, "stop him. Stop him please." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:50).

Response: Undisputed.

217.    Bryan then stated, "just cuff me. Just cuff me, I don't want to be attacked anymore." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:52).

Response: Undisputed.

218.    Mariakis pulled Ikar off of Bryan. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:55).

Response: Undisputed.

219.    Mariakis fell while pulling Ikar off of Bryan and used his hand to balance. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:55; Braziel Decl. ¶ 3, Exhibit A, Mariakis Depo., p. 159, l.10-19).

Response: Undisputed.

220.    Ikar bit Bryan again and this time on his right forearm. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 8:57).

Response: Undisputed.

221.    Bryan stated, "I was trying to get safe. I was trying to get safe." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 9:01).

Response: Undisputed.

222.    Mariakis pulled Ikar off of Bryan again. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 9:03).

Response: Undisputed.

223.    Bryan got into a position on all fours. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 9:08).

Response: Undisputed.

224.    Mariakis told him, "Get on the ground!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 9:09).

Response: Undisputed.

225.    Bryan provides no indications that the idea he is confused by the order to "get on the ground" even though he is knees are already on the ground. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 9:09).

Response: Disputed. Bryan repeatedly stated he was on the ground, expressed fear of the dog, and requested medical help, which reasonably indicated confusion and inability to comply while canine force was ongoing.

226.    Bryan laid on his side. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 9:11).

Response: Undisputed.

227.    Bryan stated, "your dog scares me. Your dog scares me." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 9:12).

Response: Undisputed.

228.    As bystander watching the scenario was sitting on a set of racks that held cases of water and anti-freeze coolant. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 9:12).

Response: Undisputed, but immaterial.

229.    The bystander was smoking a cigarette. (Mariakis Decl. ¶ 25; Mariakis Body Cam: 9:12).

Response: Undisputed, but immaterial.

230.    The bystander told Bryan, "Just listen to him, bro." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 9:18).

Response: Undisputed, but immaterial.

231.    Mariakis stated, "get on the ground and stay there." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 9:24).

Response: Undisputed.

232.    Mariakis then communicated to dispatch and asked for an ambulance. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 9:28).

Response: Undisputed.

233.    After Mariakis had already called for an ambulance, Ortega yelled, "my boy is bleeding. Call an ambulance." (Mariakis Decl. ¶ 26; Exhibit M;; Mariakis Body Cam: 9:32).

Response: Undisputed.

234.    Bryan stated something to the effect of needing an ambulance. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 9:36).

Response: Undisputed.

235.    Mariakis replied, "they're coming." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 9:47).

Response: Undisputed.

236.    Bryan stated again, "I need an ambulance over a traffic stop, dude." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 9:49).

Response: Undisputed.

237.    Bryan stated again, "I need an ambulance" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 9:59).

Response: Undisputed.

238.    Mariakis repeated, "they're coming." (Mariakis Decl. ¶ 26; Exhibit M;; Mariakis Body Cam: 9:59).

Response: Undisputed.

239.    At this point, a second officer appeared on the scene. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 10:00).

Response: Undisputed.

240.    Mariakis told and gestured to the officer to handcuff Bryan and Ortega by saying, "hook him. Hook him." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 10:04).

Response: Undisputed.

241.    The other officer handcuffed Bryan. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 10:09).

Response: Undisputed.

242.    Officer Mariakis put Ikar back into his squad vehicle. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam: 10:15).

Response: Undisputed.

### SIMON ORTEGA DURING THE BRYAN ALTERCATION

243.    Ortega continued to speak with his wife on the phone prior to Bryan exiting the Speedway gas station (Braziel Decl. ¶ 5; Ex. C; Ortega Depo., p. 34, l. 20).

Response: Undisputed.

244.    As Bryan was exiting the Speedway convenience store, Ortega was standing down the sidewalk. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 3:00).

Response: Undisputed that Bryan was a safe distance away, but the phrase "standing down the sidewalk" does not properly describe the location.

245.    Shortly into the altercation, Ortega says, "he didn't even do anything dude." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 3:36; Braziel Decl. ¶5; Exhibit COrtega [sic] Depo., p, 37, ll.22-24).

Response: Undisputed.

246.    At some point during the Mariakis-Bryan altercation, Ortega transferred his phone call with his wife over to a video call. (Braziel Decl. ¶5; Exhibit C, Ortega Depo, p. 39, ll.13-15).

Response: Undisputed.

247.    Ortega continued to make comments from the sidewalk during the altercation. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 3:44-4:15).

Response: Undisputed.

248.    Ortega, during the altercation, called Mariakis a "dirty ass cop". (Mariakis Decl. ¶26; Mariakis Body Cam at 4:34; Braziel Decl. ¶5; Exhibit C; Ortega Depo., p. 42, l.15).

Response: Undisputed.

249.    Mariakis looks at Ortega after being called a "dirty ass cop" while Ortega has his phone in his hand (Braziel Decl. ¶5; Exhibit C; Ortega Depo., p. 45, ll.7-10).

Response: Undisputed.

250.    As the altercation continued on Ortega stated to Mariakis something about "gestapo tactics". (Mariakis Decl. ¶26; Exhibit M Mariakis Body Cam at 4:50; Braziel Decl. ¶5; Exhibit C; Ortega Depo., p. 43, ll.8-10).

Response: Undisputed.

251.    Ortega tells Mariakis this situation is being well reported. (Braziel Decl. ¶5; Exhibit C; Ortega Depo., p. 46, ll.7).

Response: Undisputed.

252.    At that point, Mariakis had not responded to any names Ortega had called him. (Braziel Decl. ¶5; Exhibit C; Ortega Depo., p. 46, l.17).

Response: Undisputed.

253.    Eventually Ortega puts his hands up. (Mariakis Decl. ¶26; Exhibit M; Mariakis Body Cam at 6:25; Braziel Decl. ¶5; Exhibit C; Ortega Depo., p. 48, ll.18).

Response: Undisputed that Ortega put his hands up; disputed to the extent the word "[e]ventually" infers any improper conduct on Ortega's behalf.

254.    At this point, Bryan is chest down on the ground. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 6:25).

Response: Undisputed.

255.    Mariakis tells Ortega, "You stay right there. You understand?" (Mariakis Decl. ¶26; Exhibit M; Mariakis Body Cam at 6:26).

Response: Undisputed.

256.    Ortega tells Mariakis, "we're civil rights activist". (Mariakis Decl. ¶26; Exhibit M; Mariakis Body Cam at 6:36; Braziel Decl. ¶5; Exhibit C; Ortega Depo., p. 53, l.18).

Response: Undisputed.

257.    Mariakis tells Ortega, "Stay right there". (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 6:50).

Response: Undisputed.

258.    Ortega continued the video call with his wife at that time. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 6:50).

Response: Undisputed.

259.    Mariakis orders Ortega to "stay right there" a 3rd time. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 7:21).

Response: Undisputed.

260.    Ortega says, "we're all fuckin social justice warriors here dude….Officer Aryan! Officer Aryan!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 7:28; Braziel Decl. ¶5; Exhibit C; Ortega Depo., p. 43, ll.8-10).

Response: Undisputed.

261.    Officer Aryan is a term that refers to a cop in the Third Reich (Braziel Decl. ¶5; Exhibit C; Ortega Depo., p. 61).

Response: Undisputed.

262.    Mariakis reaches out to dispatch looking for his backup. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 7:40).

44

Response: Undisputed.

263.    Ortega called Mariakis a "weird ass fuckin Nazi dude". (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 7:51; Braziel Decl. ¶5; Exhibit C; Ortega Depo., p. 63, l.12).

Response: Undisputed.

264.    Mariakis tells dispatch, "We got one down and another one here". (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 7:52).

Response: Undisputed.

265.    Mariakis, again, tells Ortega to "stay right there" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 8:04).

Response: Undisputed.

266.    Ortega says something to Mariakis ending in the word, "motherfucker". (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 8:13).

Response: Undisputed.

267.    Mariakis orders Ortega on to the ground. (Mariakis Decl. ¶24; Mariakis Body Cam at 8:18).

Response: Undisputed.

268.    Mariakis walked over to Ortega showing Ikar and orders Ortega on to the ground. (Mariakis Decl. ¶ 26; Exhibit M;; Mariakis Body Cam at 8:21).

Response: Disputed.  Viewing this video evidence in accordance with summary judgment standards, "walked" minimizes the aggression and speed with which Mariakis

rushed towards Ortega with Ikar. "Threatening" is also a more appropriate term than "showing."

269.    Immediately upon going to the ground, Ortega put his phone back into position to capture the altercation for the video call with his wife. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 8:21-8:25).

Response: Undisputed.

270.    The reason Mariakis showed Ikar to Ortega was because he wanted to control the scene (Braziel Decl. ¶ 3, Exhibit A, Mariakis Depo., p. 154, l.16).

Response: Disputed.  Ortega was under control and this conduct was intended to retaliate against Ortega for exercising his first amendment rights.  *See* Plaintiff's Additional Findings of Fact ¶¶ 135 – 154.

Response: Undisputed.

271.    At the time Mariakis showed Ikar to Ortega, he had not heard any of the cursing or epithets Ortega lobbied towards him. (Mariakis Decl. ¶ 30).

Response: Disputed based upon the circumstantial evidence and timing that Mariakis rushed Ortega.  Ortega was verbally criticizing Mariakis' conduct and streaming the conduct for Ortega's wife to watch when Mariakis told Ortega to get on the ground. (Mariakis Dec. Ex. M, Mariakis Body Cam. 8:20.)

272.    Mariakis further testified that Ortega's yelling had nothing to do with why he showed force or ordered him to the ground. (Braziel Decl. ¶3, Exhibit A, Mariakis Depo., p. 155, l.25-p.156, l.1).

Response: Undisputed.

273. Mariakis had to keep his head on a swivel to look at both Bryan and Ortega (Mariakis Decl. ¶ 31).

Response: Disputed, as Ortega never engaged in any conduct to suggest his behavior needed to be monitored whatsoever. *See* Plaintiff's Additional Findings of Fact ¶¶ 135 – 154.

274. Upon showing Ikar to order Ortega to the ground, Bryan stood up from his position and went into the Speedway Gas Station convenience store. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 8:25).

Response: Disputed, as the video evidence does not conclusively establish the sequence of this timing, but generally it is undisputed that Bryan stood after Mariakis threatened Ortega with Ikar.

275. After Ikar subdued Bryan the second time, Ortega screamed, "My boy's bleeding, dude. Call the ambulance! My boy's bleeding, dude! Call the fucking ambulance! My boy's bleeding! Call 911!" (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 9:32; Braziel Decl. ¶5; Ortega Depo., p. 68, l.20).

Response: Undisputed.

276. At this point, a second officer showed up on the scene. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 10:00).

Response: Undisputed.

277. Mariakis told this back up officer to handcuff Bryan and Ortega by saying, "hook him. Hook him". (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 10:04).

Response: Undisputed.

278.    The back up officer handcuffs Bryan and Ortega. (Mariakis Decl. ¶24; Mariakis Body Cam at 10:04).

Response: Undisputed.

279.    Ortega, apologized for being combative in a conversation with Mariakis after the altercation was over. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 14:00; Braziel Decl. ¶5; Ortega Depo.; Exhibit C; , p. 71, l.2).

Response: Undisputed.

280.    Ortega was still handcuffed at this point. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 14:00; Braziel Decl. ¶5; Exhibit C; Ortega Depo., p. 71, l.2).

Response: Undisputed.

281.    Mariakis walks over to Bryan's truck and says, "there's weed in here." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 19:10)

Response: Undisputed.

282.    A second back up officer standing right next to Bryan's truck and says, "yeah, I can smell it." (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 19:10).

Response: Undisputed.

283.    Mariakis tells other backup officers that they can take the handcuffs off of Ortega. (Mariakis Decl. ¶ 26; Exhibit M; Mariakis Body Cam at 27:35).

Response: Undisputed.

284.    Mariakis never told Ortega to stop talking or voicing his opinion. (Mariakis Decl. ¶ 26; Exhibit M; Entire Mariakis Body Camera Footage);

Response: Undisputed.

285.    Mariakis never told Ortega to stop using his phone to make a video call. (Mariakis Decl. ¶ 26; Exhibit M; Entire Mariakis Body Camera Footage).

Response: Undisputed.

286.    Bryan was charged in Polk County Case No22C283 with Possession of THC 2nd, Obstructing an Officer, and Resisting an Officer on July 1, 2022. (Braziel Decl. ¶7, Exhibit E).

Response: Undisputed.

287.    The criminal complaint alleges that Bryan "Tensed his muscles and continued to pull away from me and resist." (Braziel Decl. ¶7, Exhibit E).

Response: Undisputed that the complaint contains this allegation.

288.    The criminal complaint alleges, "I then advised Bryan he was under arrest. He continued to resist." (Braziel Decl. ¶7, Exhibit E).

Response: Undisputed that the allegation was made.

289.    The criminal complaint alleges, "I attempted to grab onto Bryan's shirt to stop him from fleeing and he was able to take it off. Bryan continued to resist arrest and would not obey commands." (Braziel Decl. ¶7, Exhibit E).

Response: Undisputed that the allegation appears in the complaint.

290.    The criminal complaint alleges, "I was able to force Bryan toward the building as he continued to resist and physically grab my arms". (Braziel Decl. ¶7, Exhibit E).

Response: Undisputed that the allegation appears in the complaint.

291.    The criminal complaint alleges, "Ikar ran toward me and observed the threatening and resisting manner of Bryan and made contact with Bryan's thigh. Bryan immediately went to the ground, as I continued to give verbal commands. Bryan continued to use his muscles to resist and would not listen to commands." (Braziel Decl. ¶7, Exhibit E).

Response: Undisputed that the allegation appears in the complaint.

292.    The criminal complaint further alleges, that Bryan "continued resisting" after coming out of the Speedway convenience store for the second time. (Braziel Decl. ¶7, Exhibit E).

Response: Undisputed that the allegation appears in the complaint.

293.    Bryan was convicted of Resisting an Officer and Obstructing an Officer contrary to Wis. Stat. § 946.41(1) on April 16, 2024. (Braziel Decl. ¶8, Exhibit F).

Response: Undisputed.

294.    Bryan was found guilty of Obstructing an Officer and Resisting an Officer after he pleaded no contest. (Braziel Decl. ¶12; Exhibit O; Braziel Decl. ¶8; Exhibit F).

Response: Undisputed.

295.    Mariakis had completed training on the St. Croix Falls Use of Force Policy on June 30, 2022. (Mariakis Decl. ¶ 12).

Response: Undisputed.

296.    Mariakis had completed 400 hours of training with Ikar at McDonough K-9 School in Anoka, MN in 2020. (Mariakis Decl. ¶ 14).

Response: Undisputed.

297.    Mariakis had completed a 16-hour training/re-certification with Ikar in 2021. (Mariakis Decl. ¶ 15).

Response: Undisputed.

298.    Ikar lived with Mariakis while Mariakis worked for the St. Croix Falls Police Department as their K-9 handler. (Mariakis Decl. ¶ 18).

Response: Undisputed.

299.    Mariakis trained Ikar more than the recommended 16 hours per month. (Mariakis Decl. ¶ 17).

Response: Disputed, as the lack of accessible training logs creates an inference those training sessions did not actually occur.  (Braziel Dec. Ex. A, Mariakis Dep. 91:15 – 92:1; Storms Dec. Ex. E, Rook Rep. at pg. 9-10 ¶ 37.)

300.    There is no requirement that Mariakis maintain logs documenting his training of Ikar. (Mariakis Decl. ¶ 20).

Response: Undisputed, but immaterial.

301.    During Mariakis's time working with and training Ikar, Ikar was trained to bite offending appendages (i.e. arms and legs). (Braziel Decl. ¶ 21).

Response: Disputed that this declarant has the foundation for this opinion, but undisputed and immaterial if the intent is to reference Mariakis' declaration.

302.    "The whole stop resisting, that's just a slogan term. He's saying that, but he was really cranking up to hurt me" (Braziel Decl. ¶ 4, Exhibit B, Bryan Depo., p. 53, ll.12-16);

Response: Undisputed that Bryan gave this testimony.

303.    When asked if he agreed with his own expert's opinion on Mariakis conducting an unlawful arrest and the expert's opinion that Bryan was resisting, Bryan stated, ""the unlawful arrest. The resisting not so much.". (Braziel Decl. ¶ 4, Exhibit B, Bryan Depo., p. 60, l.25)

Response: Undisputed that Bryan gave this opinion and belief testimony.  Bryan's beliefs and opinions as to the law are immaterial.

304.    When asked if he used any physical force, "[n]o. I was literally trying to not get hurt." (Braziel Decl. ¶ 4, Exhibit B, Bryan Depo., p. 61, l.14)

Response: Undisputed that Bryan gave this opinion and belief testimony.  Bryan's beliefs and opinions as to the law are immaterial.

305.    Mariakis unlawfully seized him. " (Braziel Decl. ¶ 4, Exhibit B, Bryan Depo., p. 61, l.21).

Response: Undisputed that Bryan gave this opinion and belief testimony.  Bryan's beliefs and opinions as to the law are immaterial.  Additionally, as set forth in Plaintiffs' brief, excessive force is a form of unlawful seizure.

306.    "…[H]e started unlawfully assaulting me…." " (Braziel Decl. ¶ 4, Exhibit B, Bryan Depo., p. 8-, l.4)

Response: Undisputed that Bryan gave this opinion and belief testimony.  Bryan's beliefs and opinions as to the law are immaterial.

307.    In response to Mariakis telling Bryan he was under arrest, Bryan eventually stated, "[n]or did I think that there was a lawful command or an officer performing lawful duty" (Braziel Decl. ¶ 4, Exhibit B, Bryan Depo., p. 80, l. 23).

Response: Undisputed that Bryan gave this opinion and belief testimony.  Bryan's beliefs and opinions as to the law are immaterial.

308.    Regarding the basis for the traffic stop, Bryan said, "I don't believe he was acting lawfully." (Braziel Decl. ¶ 4, Exhibit B, Bryan Depo., p. 32,ll.2-3).

Response: Undisputed that Bryan gave this opinion and belief testimony.  Bryan's beliefs and opinions as to the law are immaterial.

309.    In regards to Mariakis telling him that they will go to Bryan's car, Bryan testified, "he said that. It's not a lawful order" (Braziel Decl. ¶ 4, Exhibit B, Bryan Depo., p. 47, l.15).

Response: Undisputed that Bryan gave this opinion and belief testimony.  Bryan's beliefs and opinions as to the law are immaterial.

310.    "[N]o, he was not conducting a lawful traffic stop." " (Braziel Decl. ¶ 4, Exhibit B, Bryan Depo., p. 51, l.25-p.52, l.1).

Response: Undisputed.

311.    "He said it, but is a lie" in reference to Officer Mariakis telling him this is a traffic stop" (Braziel Decl. ¶ 4, Exhibit B, Bryan Depo., p. 49, l.3).

Response: Undisputed.

312.    In regards to Mariakis working in his official capacity, Bryan stated, "I thought he was maybe being an imposter or just acting crazy or high on drugs." (Braziel Decl. ¶ 4, Exhibit B, Bryan Depo., p. 76, l.1).

Response: Undisputed.

313.    In his interrogatories, Bryan stated, "Officer Mariakis sicked his K9 on Plaintiff for a suspected civil offense absent the necessary justification for such intrusion." ." (Braziel Decl. ¶ 9, Exhibit G, p. 4).

Response: Undisputed that Bryan made this statement, but it does not account for the entirety of the dog-bite interaction.

314.    Bryan also stated, "see detailed information contained in Plaintiff's complaint" in his sworn interrogatories." (Braziel Decl. ¶ 9, Exhibit G, p. 4).

Response: Undisputed.

315.    When asked if he raised his voice louder than normal, Ortega testified, "I think due to the situation, my voice might have been carrying over a little bit considering there is a level of adrenaline taking place." (Braziel Decl. ¶ 5, Exhibit C, Ortega Depo., p. 63, l.25-p.64, l.2).

Response: Undisputed.

316.    Mariakis did not respond to being called a dirty ass cop. (Braziel Decl. ¶ 5, Exhibit C, Ortega Depo., p. 43, l. 1).

Response: Undisputed as to that precise moment, but disputed to the extent it infers that this statement did not motivate Mariakis' later conduct towards Ortega.

317.    Mariakis did not respond to anything Ortega is saying as Ortega calls him a "gestapo". (Braziel Decl. ¶ 5, Exhibit C, Ortega Depo., p. 44, l.1).

Response: Undisputed as to that precise moment, but disputed to the extent it infers that this statement did not motivate Mariakis' later conduct towards Ortega.

318.    When asked if Mariakis was responding to his name calling, Ortega stated, "not at that time, no." (Braziel Decl. ¶ 5, Exhibit C, Ortega Depo., p. 44, l.18).

Response: Undisputed as to that precise moment but disputed to the extent it infers that this statement did not motivate Mariakis' later conduct towards Ortega.

319.    Ortega admits Mariakis is not responding to his name calling at another point in the video by saying. (Braziel Decl. ¶ 5, Exhibit C, Ortega Depo., p. 46, l. 17).

Response: Disputed, as this is not a complete statement of fact.

**STORMS DWORAK LLC**

Dated: January 23, 2026            */s/ Jeffrey S. Storms*
                                    Jeffrey S. Storms, MN Bar No. 387240
                                    800 Hennepin Ave.
                                    800 Pence Building
                                    Minneapolis, MN 55403
                                    Phone: 612.455.7055
                                    Fax: 612.455.7051
                                    jeff@stormsdworak.com


                                    *Attorneys for Plaintiffs*